THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER
Brian K. Terry, Esq.
Nevada Bar #003171
1100 E. Bridger Avenue
P.O. Box Drawer 2070
Las Vegas, Nevada 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bterry@thorndal.com
Attorney for Defendants, Todd M. Touton, individually, &
Lionel Sawyer & Collins, Ltd.

```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                COUNSEL/PARTIES OF RECORD

         FEB 1 0 2012

       CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIGHT DEVELOPMENT, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>TODD M. TOUTON, individually, and as an employee, officer, director, shareholder, partner and/or member attorney of LIONEL SAWYER & COLLINS, LTD.; LIONEL SAWYER & COLLINS, LTD., a professional corporation; and DOES I through 50, inclusive,<br><br>Defendants. | CASE NO. 3:10-CV-00551-LRH (VPC)<br><br><br><br><br><br>**SUBSTITUTION OF ATTORNEYS** |
| LIONEL SAWYER & COLLINS, LTD., a professional corporation,<br><br>Counterclaimant,<br><br>v.<br><br>BRIGHT DEVELOPMENT, a California Corporation,<br><br>Counterdefendant. | |

1  TO:   ALL INTERESTED PARTIES; AND

2  TO:   THEIR RESPECTIVE COUNSEL OF RECORDS:

3      COMES NOW, Brian K. Terry, Esq., of the law firm of Thorndal, Armstrong, Delk, Balkenbush & Eisinger, and does hereby agree to be substituted in place and stead of Paul R. Hejmanowski, Esq., of the law firm of Lionel Sawyer & Collins, Ltd., for defendants, Todd M. Touton, individually, and as an employee, officer, director, shareholder, partner and/or member attorney of Lionel Sawyer & Collins, Ltd.; Lionel Sawyer & Collins, Ltd., a professional corporation; and for counterclaimant, Lionel Sawyer & Collins, Ltd., in the above captioned matter.

    DATED this 30th day of January, 2012.

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

_____
Brian K. Terry, Esq.  NBN 3171
1100 E. Bridger Avenue
P.O. Drawer 2070
Las Vegas, NV 89125-2070

    Paul R. Hejmanowski, Esq., of the law firm of Lionel Sawyer & Collins, hereby consents to the substitution of Brian K. Terry, Esq., of the law firm of Thorndal, Armstrong, Delk, Balkenbush & Eisinger, in his place and stead as counsel of record for defendants, Todd M. Touton, individually, and as an employee, officer, director, shareholder, partner and/or member attorney of Lionel Sawyer & Collins, Ltd.; Lionel Sawyer & Collins, Ltd., a professional

. . .

. . .

. . .

corporation; and for counterclaimant, Lionel Sawyer & Collins, Ltd. in the above captioned matter.

LIONEL SAWYER & COLLINS

_/s/ Paul Hejmanowski_
Paul R. Hejmanowski, Esq.  NBN 94
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Todd M. Touton, individually, and as an employee, officer, director, shareholder, partner and/or member attorney of Lionel Sawyer & Collins, Ltd., does hereby agree to the substitution of Brian K. Terry, Esq., of the law firm of Thorndal, Armstrong, Delk, Balkenbush & Eisinger, in the place and stead of Paul R. Hejmanowski, Esq., of the law firm of Lionel Sawyer & Collins, Ltd., as attorney for defendants, Todd M. Touton, individually, and as an employee, officer, director, shareholder, partner and/or member attorney of Lionel, Sawyer & Collins, Ltd.; Lionel Sawyer & Collins, Ltd., a professional corporation; and for counterclaimant, Lionel Sawyer & Collins, Ltd. in the above captioned matter.

LIONEL SAWYER & COLLINS, LTD.

_/s/ Todd M. Touton_
Todd M. Touton, Esq.  NBN 1744
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

IT IS SO ORDERED

_/s/ Valerie P. Cooke_
U.S. MAGISTRATE JUDGE
DATED: February 10, 2012

-3-