UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIGHT DEVELOPMENT, a California corporation<br><br>  Plaintiff,<br><br>vs.<br><br>TODD M. TOUTON, individually, and as an employee, officer, director, shareholder, partner and/or member attorney of LIONEL SAWYER & COLLINS, LTD.; LIONEL SAWYER & COLLINS, LTD., a professional corporation; and DOES I through 50, inclusive,<br><br>  Defendants.<br>_____<br>LIONEL SAWYER & COLLINS, LTD., a professional corporation,<br><br>  Counterclaimant,<br><br>v.<br><br>BRIGHT DEVELOPMENT, a California Corporation,<br><br>  Counterdefendant. | CASE NO. 3:10-CV-00551-LRH (VPC)<br><br><br><br><br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

-1-

IT IS HEREBY stipulated by the parties hereto, by and between Michael L. Farley, Esq., admitted Pro Hac Vice, Rhys Boyd-Farrell, Esq., admitted Pro Hac Vice, Farley Law Firm, attorneys for plaintiff/counterdefendant, Bright Development; Melanie A. Hill, Esq., Law Office of Melanie Hill, attorney for plaintiff/counterdefendant, Bright Development; and Brian K. Terry, Esq., Thorndal, Armstrong, Delk, Balkenbush & Eisinger, attorney for defendants/counterclaimant, Todd M. Touton, individually, Lionel Sawyer & Collins, Ltd., and Lionel Sawyer & Collins, Ltd., a professional corporation, that the above-entitled matter be dismissed with prejudice, each of the above parties to bear their own costs incurred herein. No trial date having been set in this matter.

Dated this ____ day of _____, 2012.

FARLEY LAW FIRM

_____
Michael L. Farley, Esq.
Admitted Pro Hac Vice
Rhys Boyd-Farrell, Esq.
Admitted Pro Hac Vice
108 West Center Avenue
Visalia, CA 93291
Attorneys for Plaintiff/Counter-
Defendant, Bright Development

Dated this __8__ day of __Feb__, 2012.

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER
_____
Brian K. Terry, Esq.  NBN 003171
1100 East Bridger Avenue
P. O. Drawer 2070
Las Vegas, Nevada 89125-2070
Attorney for Defendants/Counterclaimant,
Todd M. Touton, individually, Lionel
Sawyer & Collins, Ltd., and Lionel
Sawyer & Collins, Ltd., a professional
Corporation

Dated this ____ day of _____, 2012.

LAW OFFICE OF MELANIE HILL

_____
Melanie A. Hill, Esq.
Nevada Bar No. 8796
9345 West Sunset Road, Suite 100
Las Vegas, Nevada 89148
Attorney for Plaintiff/Counter-
Defendant, Bright Development

IT IS HEREBY stipulated by the parties hereto, by and between Michael L. Farley, Esq., admitted Pro Hac Vice, Rhys Boyd-Farrell, Esq., admitted Pro Hac Vice, Farley Law Firm, attorneys for plaintiff/counterdefendant, Bright Development; Melanie A. Hill, Esq., Law Office of Melanie Hill, attorney for plaintiff/counterdefendant, Bright Development; and Brian K. Terry, Esq., Thorndal, Armstrong, Delk, Balkenbush & Eisinger, attorney for defendants/counterclaimant, Todd M. Touton, individually, Lionel Sawyer & Collins, Ltd., and Lionel Sawyer & Collins, Ltd., a professional corporation, that the above-entitled matter be dismissed with prejudice, each of the above parties to bear their own costs incurred herein. No trial date having been set in this matter.

Dated this 9th day of FEB., 2012.

FARLEY LAW FIRM

_____
Michael L. Farley, Esq.
Admitted Pro Hac Vice
Rhys Boyd-Farrell, Esq.
Admitted Pro Hac Vice
108 West Center Avenue
Visalia, CA 93291
Attorneys for Plaintiff/Counter-Defendant, Bright Development

Dated this _____ day of _____, 2012.

THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

_____
Brian K. Terry, Esq.  NBN 003171
1100 East Bridger Avenue
P. O. Drawer 2070
Las Vegas, Nevada 89125-2070
Attorney for Defendants/Counterclaimant, Todd M. Touton, individually, Lionel Sawyer & Collins, Ltd., and Lionel Sawyer & Collins, Ltd., a professional Corporation

Dated this 9th day of February, 2012.

LAW OFFICE OF MELANIE HILL

_____
Melanie A. Hill, Esq.
Nevada Bar No. 8796
9345 West Sunset Road, Suite 100
Las Vegas, Nevada 89148
Attorney for Plaintiff/Counter-Defendant, Bright Development

**ORDER ON STIPULATION AND ORDER
TO DISMISS WITH PREJUDICE**

UPON STIPULATION of the parties, IT IS HEREBY ORDERED AND ADJUDGED that the above entitled case is dismissed, with prejudice, with each of the parties to pay their own fees and costs.

DATED this 17th day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE